UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                             :

In Re: CRANE ENTERPRISES LLC,      :

                          Debtor,      :

                                       :       25cv9809 (DLC)
----------------------------------------- :

                                     :       <u>ORDER</u>

CRANE, et al.,                :

                                     :

                          Appellants,  :

                                     :

                 -v-                  :

                                     :

CRANE ENTERPRISES LLC,          :

                                   :

                      Appellee.   :

                                       :
---------------------------------------- X

DENISE COTE, District Judge:

    The above case has been assigned to me for all purposes. Accordingly, it is hereby

    ORDERED that the appellant shall file its brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition.

    IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:      New York, New York
            December 1, 2025

_____
           DENISE COTE
    United States District Judge